IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. AND SUSAN HEGELEIN, : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-899 |
| VT SYSTEMS, INC., ET AL., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this _____ day of March, 2010, upon consideration of Plaintiffs' Motion for Remand (Doc. 8), **IT IS HEREBY ORDERED and DECREED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk of the Court shall return the record in this case to the state court and mark this action as **CLOSED**.

BY THE COURT:

/S/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**